## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-165** |
| **v.** | * | **SECTION: "D" (5)** |
| **JEFFREY PAUL VAPPIE, II** | * | **HON. WENDY B. VITTER** |
| | | **HON. MICHAEL B. NORTH** |

\*   \*   \*

### UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT

Defendant Jeffrey Paul Vappie, II, respectfully moves to continue his arraignment for one week, from July 31 to August 7, 2024. Assistant United States Attorney Jordan Ginsberg has stated that the Government does not object to this Motion.

Mr. Vappie is a lifelong New Orleans resident who served for twenty-seven years as a member of the New Orleans Police Department. On Friday, July 19, 2024, he was indicted and a summons was issued for him to appear on July 31, 2024. That creates a scheduling conflict for defense counsel. Therefore, we move this Court to continue the arraignment to August 7, 2024.

Respectfully submitted,

/s/Harry Rosenberg
Harry Rosenberg
**PHELPS DUNBAR LLP**
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 566-1311
harry.rosenberg@phelps.com

/s/ Shaun G. Clarke
Shaun G. Clarke (La. Bar No. 24054)
**MURPHY BALL STRATTON LLP**
650 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone: (504) 977-1110
sclarke@mbssmartlaw.com

**COUNSEL FOR DEFENDANT,
JEFFREY PAUL VAPPIE, II**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served electronically on July 22, 2024, upon all attorneys of record via the Court's CM/ECF system.

                                             /s/ Shaun G. Clarke