UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 24-165** |
| **v.** | * | **SECTION: "D" (5)** |
| **JEFFREY PAUL VAPPIE, II** | * | **HON. WENDY B. VITTER** |
| | | **HON. MICHAEL B. NORTH** |

\* \* \*

## ORDER

Defendant's unopposed motion to continue his arraignment is GRANTED. The arraignment will be held on August 7, 2024 at _____.

_____
**U.S. MAGISTRATE JUDGE**