UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
|---|---|---|
| VERSUS | * | NO. 24-165 |
| JEFFERY PAUL VAPPIE, II | * | SECTION "D" (1) |

## ORDER

    Pending before me is the United States of America's Request to Supplement Release Conditions (ECF No. 9) recommended by the United States Probation Office in its Pretrial Services Report (ECF No. 8), which was filed shortly before the 2:00 pm docket. Although the Court did not have an opportunity to read the motion and the Defendant did not have time to file a formal reply, the parties urged the matter orally during the bond hearing on August 7, 2024. *See* ECF No. 7. After hearing argument and considering the record and applicable law, the Court GRANTED IN PART and DENIED IN PART the Government's request, ordering a limited no contact order that precludes Defendant from discussing this case with any potential witness, reserving to the parties the opportunity to file a motion to modify. Accordingly,

    IT IS ORDERED that Government's Request to Supplement Release Conditions (ECF No. 9) is DENIED AS MOOT.

    IT IS FURTHER ORDERED that, should the Government file a motion to modify bond conditions, Defendant must respond within two days of that filing. The matter will then be set for hearing.

    New Orleans, Louisiana, this __7th__ day of August, 2024.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE
