MINUTE ENTRY
VITTER, J.
NOVEMBER 4, 2024
JS10, 0:10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 24-165 |
| JEFFREY PAUL VAPPIE, II | SECTION: D (5) |

### TELEPHONE STATUS CONFERENCE REPORT AND ORDER

On November 4, 2024, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

**Harry Rosenberg, Shaun G. Clarke**
Counsel for Defendant, Jeffrey Paul Vappie, II

**Jordan Ginsberg, Nicholas D. Moses**
Counsel for the United States of America

During the conference, the Court discussed with counsel the Government's Partially Opposed Motion for a Scheduling Order (R. Doc. 23), and Defendant's Opposition to Government's Proposed Addition to Agreed Scheduling Order (R. Doc. 25). After a discussion with counsel, and for the reasons stated during the conference, the Court issued an **oral Order GRANTING as modified** the Government's Motion. The Court will issue a Scheduling Order with revised deadlines, as discussed during the conference.

Accordingly,

**IT IS HEREBY ORDERED** that the Government's Partially Opposed Motion for a Scheduling Order (R. Doc. 23) is **GRANTED as modified**. The Court will issue a Scheduling Order in this matter, as discussed with counsel.

New Orleans, Louisiana, November 4, 2024.

                                                                     *Wendy B Vitter*
                                                                     **WENDY B. VITTER**
                                                                     **United States District Judge**