UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 24-165** |
| **JEFFREY PAUL VAPPIE, II** <br> **LATOYA CANTRELL** | **SECTION: "D"** |
| | **VIOLATION: 18:1343 and 18:1001(a)(2)** |

### NOTICE OF TRIAL AND PRETRIAL CONFERENCE

Take notice that this criminal case has been **reset** for **TRIAL** on **OCTOBER 19, 2026, at 9:00 a.m.** before Judge Wendy B. Vitter, 500 Poydras Street, Courtroom C-352, New Orleans, LA 70130.  A FINAL PRETRIAL CONFERENCE will be held on **September 16, 2026, at 10:00 a.m.**

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:  September 24, 2025 | CAROL L. MICHEL, CLERK <br> by:  Melissa Verdun, Deputy Clerk |
| TO: **JEFFREY PAUL VAPPIE, II- (BOND)** | |
| | AUSA: Jordan Ginsberg and Nicholas Moses |
| **Counsel for Defendant:** <br> Harry Rosenberg, Esq.- <br> harry.rosenberg@phelps.com | U.S. Marshal |
| Shaun Clarke, Esq.- sclarke@mbssmartlaw.com | U.S. Probation & Pre-Trial Services Unit |
| TO: **LATOYA CANTRELL (BOND)** | Interpreter: **none** |
| **Counsel for Defendant:** <br> Edward J. Castaing, Jr., Esq.- <br> ecastaing@cclhlaw.com | FBI- SA Bradley Tedesco |

**If you change address,** <br>
**notify clerk of court** <br>
**by phone, 504-589-7708**